## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Receipt Number

5466023

W/Exhibits

**LIFESTYLE LIFT HOLDING,
INC.**, a Michigan corporation

Case: 2:08-cv-10089
Judge: Duggan, Patrick J
Referral MJ: Whalen, R. Steven
Filed: 01-07-2008 At 02:08 PM
CMP LIFESTYLE LIFT HOLDING INC V RE
AL SELF INC (DAT)

Plaintiffs,

v

**COMPLAINT**

**REAL SELF, INC.**, a Washington corporation

Defendants

| | |
|---|---|
| Michael C. McKinnon, Esq. (P41362)<br>Counsel for Plaintiffs<br>100 Kirts Blvd., Suite A<br>Troy, MI 48084<br>(248) 519-9129 | Allan S. Rubin (P44420)<br>Neil B. Pioch (P67677)<br>DRAPER, RUBIN & SHULMAN, PLC<br>Co-counsel for Plaintiffs<br>29800 Telegraph Road<br>Southfield, Michigan 48034<br>(248) 358-9400<br>allan@drsplc.cim |

Now comes the Plaintiff, by and through its attorneys, and for its Complaint, states as follows:

### PARTIES

1.    Plaintiff Lifestyle Lift Holding, Inc. ("LLH") is a Michigan corporation located at 100 Kirts Blvd., Ste. A, Troy, MI 48084.

2.    Defendant., RealSelf, Inc.,( "RealSelf")  is a Washington corporation which is the owner of the web site, www.RealSelf.com.

3.     Plaintiff LLH is the owner and holder of the registered mark "Lifestyle Lift", which mark is valid and subsisting.

4.     This is an action arising under jurisdiction over this action by virtue of the existence of the Lanham Trademark Act and specifically, §43 of the Trademark Act, 15 U.S.C. 1051 et seq., 15 U.S.C. 1114, 1121, 1125(a) and 15 U.S.C. 1125(d). Jurisdiction is proper in this Court pursuant to 28 U.S.C. 1331 and 1338 as well as under the doctrine of ancillary jurisdiction over the related state claims.

5.     Venue is proper under 28 U.S.C. 1391.

## FACTS APPLICABLE TO ALL COUNTS

6.     Plaintiff LLH is the owner of U.S. Trademark Reg. No. 3,102,900 for the mark "Lifestyle Lift", which mark is used to identify cosmetic and plastic surgery procedures. This mark is valid and subsisting.  See attached Exhibit A.

7.     Plaintiff LLH licenses the use of the mark "Lifestyle Lift" to cosmetic and plastic surgery centers across the Untied States (the "Licensed Facilities"), including the County of Oakland, State of Michigan, located in this judicial district.

8.     Doctors working in Licensed Facilities specialize in performing minimally invasive facelift procedures which are marketed to the purchasing public under Plaintiff LLH's "Lifestyle Lift" mark.  Licensed Facilities, have become well and favorably known in the communities in which they operate, gaining a reputation for quality facelift services at reasonable cost in a caring and pleasant environment.

9.     Notable positive television coverage on ABC, CBS, NBC, FOX, UPN (now CW) and WGN which, along with the fine quality of the services rendered by surgeons operating in Licensed Facilities, has resulted in strong consumer recognition of the mark

"Lifestyle Lift" and the quality of the services to the plastic surgeons that operate under the mark "Lifestyle Lift"

10.     Defendant' s www.RealSelf.com website purports to be an informational site on various aspects of beauty, cosmetics and cosmetic surgery. Upon information and belief, Defendant is responsible for a large percentage of the content appearing on the website.

11.     Upon information and belief, Defendant RealSelf's website is a for-profit enterprise which is involved in selling advertising to various persons, including cosmetic surgeons in direct competition with Defendant LLH and its licensed facilities.

12.     As is illustrated in Exhibit B, the home page of Defendant RealSelf's site carries a link which is labeled "Lifestyle Lift".

13.     Clicking on this link reveals page which purports to be an information page about "Lifestyle Lift". This page also contains a series of other links which are labeled: "Michigan Lifestyle Lift", "Dallas Lifestyle Lift", "Atlanta Lifestyle Lift", "Texas Lifestyle Lift", "New York City Lifestyle Lift".

14.     Clicking on the "Michigan Lifestyle Lift" link reveals a page which lists the names, addresses and phone numbers of Drs. Enrique Sabbagh and Lawrence Tong, both of whom are employed by Straith Clinic, P.C. The phrase "Michigan Lifestyle Lift providers" is displayed above their names and addresses. However, neither Drs. Sabbagh and Tong nor Straith Clinic, P.C. are in any way affiliated with Plaintiff.

15.     Additionally, the HTML code for the realself.com site contains the words "Lifestyle Lift" in the title, metaname/description and mataname/keywords section within the website's code. A printed copy of this code is attached as Exhibit C. This code, by

incorporating Plaintiff's trademark in such a manner, will cause and is designed to cause search engines such as Google to be directed to Defendants' website when a computer user types in the words "Lifestyle Lift".

16.    A Google search will cause Defendants' website to display with the visible header "Lifestyle Lift In Michigan, Lifestyle Lift Using Face Lift At Michigan".

17.    The design of the RealSelf.com website with the deliberate use of the words "Lifestyle Lift" is done with the object of confusing and deceiving the public into believing that Defendant and/or its clients and/or customer and/or its agents are associated with Plaintiffs.

<div align="center">

**COUNT ONE**

**INFRINGEMENT OF TRADEMARK
IN VIOLATION OF 15 USC 1114**

</div>

18.    Plaintiffs re-allege and incorporate by reference paragraphs 1 through 17 of this complaint as a part of this Count.

19.    Plastic surgery services provided by Plaintiff's licensed facilities under the mark "Lifestyle Lift" have been rendered in great numbers and continue to be extensively performed by surgeons at the Licensed Facilities.

20.    Services provided by Plaintiff's licensed facilities under the mark "Lifestyle Lift" has obtained a reputation of the highest quality giving Licensed Facilities and surgical services they provide an eminent position in the marketplace.

21.    Plaintiff LLH has incurred great expense and had devoted substantial resources to make the mark "Lifestyle Lift" and its associated services readily recognizable to consumers.

22.     Defendant has used and continues to use the mark "Lifestyle Lift" in connection with the offering for sale, advertising and promotion of cosmetic surgery and skin care services in a manner that is likely to cause confusion or mistake or to deceive purchasers as to the source of origin of such services in violation of 15 USC 1114.

23      Defendants have deliberately misled and will continue to mislead patients, prospective patients, and the public, causing them to believe, contrary to fact, that Defendant's services are marketed, sponsored, endorsed by, or affiliated with Plaintiffs.

24.     Defendant has profited by his illegal activities.

25.     Unless restrained, Defendant will continue to deceive the public, impair and dilute the value of Plaintiffs' service mark "Lifestyle Lift" and otherwise will continue to cause Plaintiff immediate and irreparable harm for which there is no adequate remedy at law.

26.     As a direct and proximate result of these acts, Plaintiff has sustained and will continue to sustain not only irreparable damage and financial damage to its businesses, goodwill, reputation and profits.

## COUNT TWO

### FEDERAL UNFAIR COMPETITION
### IN VIOLATION OF 15 USC 1125(a)

27.     As a cause of action and ground for relief, Plaintiffs re-allege and incorporate by reference paragraphs 1 through 26 of this complaint as a part of this Count.

28.     The aforesaid acts of Defendant constitutes unfair competition and passing off, in that their acts and are likely to cause the trade and the public to erroneously believe that Defendant's products and services originate with and/or are guaranteed by plaintiffs, or otherwise associated with Plaintiffs In violation of 15 U.S.C. 1125(a).

29.     Defendant has used in connection with goods and services, a false designation of original and a false description and representation, including words, reproductions and other symbols tending falsely to describe or represent the same as being affiliated or sponsored by Plaintiff in violation of 15 U.S.C. 1125(a).

## COUNT THREE

### MICHIGAN UNFAIR COMPETITION

30.     As a cause of action and ground for relief, Plaintiffs allege and incorporate by reference paragraphs 1 through 29 of this complaint as a part of this Count.

31.     By reason of the acts of Defendant herein alleged, Plaintiff has been damaged and, unless restrained, Defendant has and will continue to deceive the public, impair the value of Plaintiff's services, trade dress and trademarks and otherwise will cause Plaintiff immediate and irreparable harm.

32.     Defendant is liable to Plaintiff for unfair competition under Michigan law.

33.     Plaintiff has suffered damage and Defendant has been unjustly enriched in amounts at present uncertain on account of said complained of acts of Defendant. Plaintiff is entitled to judgment for Defendant's profits and any damages sustained by Plaintiff in consequence of the deliberate nature of the unfair competition and infringement by Defendant.

## COUNT FOUR
## VIOLATION OF THE MICHIGAN CONSUMER PROTECTION ACT

34.     As a cause of action and ground for relief, Plaintiffs allege and incorporate by reference paragraphs 1 through 33 of this complaint as a part of this Count.

35.    The aforesaid acts of Defendant violates the Michigan Consumer Protection Act, MCL 445.901 et seq., by causing a probability of confusion or misunderstanding as to the source, sponsorship, approval, or certification of services and by representing that services have sponsorship, approval, or characteristics that they don not have or that a person has sponsorship, approval, status, affiliation, or connection that he does not have.

36.    Defendant is liable to Plaintiff for actual damages and reasonable attorney fees pursuant to the Act.

37.    Plaintiff has suffered damage and Defendant has been unjustly enriched in amounts at present uncertain on account of said complained of acts of Defendant.

38.    Plaintiff is entitled to judgment for Defendant's profits and any damages sustained by Plaintiff in consequence of the deliberate nature of the unfair competition and infringement by Defendant.

**WHEREFORE**, Plaintiffs Lifestyle Lift Holding, Inc. respectfully requests:

A.    That Defendant be ordered to account for damages to Plaintiff for the business now being operated by them;

B.    That Plaintiff LLH's mark "Lifestyle Lift" be found valid and infringed;

C.    That Plaintiff be awarded damages in an amount equal to Defendant's profits;

D.    That Defendant be preliminarily enjoined during the pendency of this litigation and permanently enjoined and restrained thereafter from utilizing in any way Plaintiff LLH's mark "Lifestyle Lift"; or any colorable imitation thereof.

F.     That Defendant deliver for destruction all infringing materials and that the websites www.RealSelf.com and any other website or domain name controlled by either Defendant containing infringing content be shut down;

G.     That Plaintiff be awarded its costs and attorney fees; and

H.     That this honorable Court grant Plaintiff such other relief that the Court deems proper.

By: _____
Michael C. McKinnon, Esq. (P41362)
Attorneys for Plaintiffs
100 Kirts Blvd., Suite A
Tory, MI 48084

Co-Counsel:
ALLAN S. RUBIN (P44420)
NEIL B. PIOCH (P67677)
DRAPER, RUBIN & SHULMAN, PLC
Attorneys for Plaintiffs
29800 Telegraph Road
Southfield, Michigan 48034
P: (248) 358-9400
F: (248) 358-9729

**JURY DEMAND**

NOW come Plaintiffs, Lifestyle Lift Holding, Inc., hereby demand trial by jury in the above captioned matter.

By: _[signature]_
Michael C. McKinnon, Esq. (P41362)
Attorneys for Plaintiffs
100 Kirts Blvd., Suite A
Tory, MI 48084

Co-Counsel:
ALLAN S. RUBIN (P44420)
NEIL B. PIOCH (P67677)
DRAPER, RUBIN & SHULMAN, PLC
Attorneys for Plaintiffs
29800 Telegraph Road
Southfield, Michigan 48034
P: (248) 358-9400
F: (248) 358-9729

Dated:

# Exhibit A

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

Reg. No. 3,102,900

## United States Patent and Trademark Office

Registered June 13, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

## LIFESTYLE LIFT

LIFESTYLE LIFT HOLDING, INC. (MICHIGAN CORPORATION)
100 KIRTS BOULEVARD
TROY, MI 48084

FOR: COSMETIC SURGICAL PROCEDURES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 12-20-2002; IN COMMERCE 12-20-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIFT", APART FROM THE MARK AS SHOWN.

SER. NO. 78-203,868, FILED 1-16-2003.

ESTHER BELENKER, EXAMINING ATTORNEY

# Exhibit B

Code from http://www.realself.com/plastic_surgery/face-lift/lifestyle_lift.html

```
<head>
        <title>Lifestyle lift: is it worth it? Lifestyle lift reviews,
cost, results, photos, side effects</title>
        <meta http-equiv="Content-Type" content="text/html;
charset=utf-8" />
<meta name="description" content="Get the latest unbiased Lifestyle
lift reviews, Lifestyle lift pictures, and expert tips you need to know
about Lifestyle lift surgery before you decide on it." />
```

# Exhibit C



| | HOME | REVIEWS | Q & A | |
| | | Real experiences | Get answers | Search |

Sign in or jc

Answers from pros **and** treatment reviews **to help you look your best**

## Answers to your questions

Anti-aging skin care questions
Hair care questions
Skin care questions
Stretch mark questions
All topics

**Ask your question:**



## Which treatments are worth it?

% of reviews with "worth it" rating:

92% Smartlipo reviews
86% Facelift reviews
86% Tummy tuck surgery reviews
83% Laser hair removal reviews
80% Eyelid surgery reviews

78% Botox reviews
70% Chemical peel revie
64% Juvederm reviews
62% Sculptra reviews
56% IPL reviews

**Is it worth it?**   **Add your review**









## Recent answers

   

**Q:** What's the difference between popular wrinkle treatments?
Answered by Dr. David Goldberg in New York City

**Q:** Do non surgical nose jobs work?
Answered by Alexander Rivkin, M.D. in Los Angeles

**Q:** Juvederm or Restylane ok while under the knife?
Answered by Joel Caschette, M.D. in Florida

## Recent treatment reviews

Juvederm **was worth it**
Just got it, so far so good
*Eaglese, New York, NY, USA*

Smartlipo **was worth it**
Smartlipo is 100% worth it!
*Brandy_fay06, Kirksville, MO*

 

Invisalign **was NOT worth it**
Wish I'd done braces.
*California Crookedteeth, California*

Ask a question - About us - Blog - Community guidelines - Contact us - For professionals - Q & A - Press - Privacy - Products - Find pros

Use of this website and the posting of any reviews or other content on this website constitutes acceptance of the RealSelf.com™ Terms of Service. The material on this site is for informational purposes only, and is not a substitute for medical advice, diagnosis or treatment by a qualified health care provider. © 2007 RealSelf, Inc. All rights reserved.

**Popular Topics:** Acne - Acne scars - Age spots - Anti-aging skin care - Body image - Botox alternative - Cellulite - Cosmetic plastic surgery - Crows feet - Dark circles - Dry skin
Enlarged pores - Eye Bags - Fine facial lines - Hair care - Hair color - Hair removal - Hairstyle - Laser treatment - Lip augmentation - Liposuction alternative - Makeup - Natural s

- Scars or scarring - Sensitive skin - Skin care - Skin tightening - Spider veins - Stretch mark - Style - Wrinkles

**Popular Treatments:** Accent Laser - Active FX - Artefill - Botox - Breast implant - Chemical peel - Eyelid surgery - Facelift - Fraxel Laser - Invisalign - IPL - Juvederm - Laser hair removal - Laser skin resurfacing - Lasik - Lifestyle lift - Lipodissolve - Liposuction - Mesotherapy - Microdermabrasion - Perlane - Permanent makeup - Radiesse - Res Rhinoplasty - Sculptra - SmartLipo - Teeth whitening - Thermage - Tummy tuck surgery

Lifestyle lift: is it worth it? Lifestyle lift reviews, cost, results, photos, side effects

Page 1 of 4



REVIEWS
Real experiences

Q & A
Get answers

HOME

Sign in or jo

Home ›› All treatment reviews ›› Facelift

Search

## Lifestyle lift

### 50% said worth it (63 reviews)

50% said not worth it (63 reviews)

Cost of Lifestyle lift: $4,364 (avg of 126 reviews)

## Top Lifestyle lift Q & A

What are the best alternatives to a face lift?

How can I speed up my plastic surgery recovery?

How do I know if I'm ready for plastic surgery?

How is a face lift different than a mini face lift or mid face lift?

View all Lifestyle lift questions

Michigan Lifestyle lift
Michigan Plastic surgeon
Dallas Lifestyle lift
Dallas Facial plastic surgeon
Atlanta Lifestyle lift
Texas Lifestyle lift
Atlanta Facial plastic surgeon
New York City Lifestyle lift

- A Lifestyle lift (LSL) is considered a l
  invasive surgical procedure than a fa
  to tighten lax facial muscles, remove
  and excess skin.
- The Lifestyle lift is a variable incision
  SMAS facelift. SMAS stands for the
  muscles that are lifted and tightened
- The lifestyle lift is a plastic surgery
  procedure that is meant to improve
  facial contours by removing your ex
  fat, tightening muscles and repositio
  the facial and neck skin. It creates n
  tension using sutures, not your skin.

*Lifestyle lift is also known as: Life Style Lif*



Lifestyle lift before & after photos

**Lifestyle lift pictures**

## Lifestyle lift reviews from RealSelf users

**Add your review**

Sort results by: **Most recent** ›› Most helpful ›› Worth it ›› Not worth it

**Love the new me** ~ Lifestyle lift was worth it
*Angelina* **Fort Lauderdale** Jan 1, 2008 Cost: $4,000 Pain: **Mild**
I feel so much better now that I have had this done.... My husband thinks I
am the young girl he married years ago. I am more confident and it is....



Lifestyle lift: is it worth it? Lifestyle lift reviews, cost, results, photos, side effects

Page 2 of 4

**Best thing i have ever done** ~ Lifestyle lift was worth it
*sandiegosunshine* San Diego, CA, USA Dec 27, 2007 Cost: $5,000 Pain: Mild
I had it done abou 2 weeks ago and i feel like a new person. Well worth it-
-my girlfriends love it---my EX hates it (LOL) Since I've been single.... more



**My lifestyle lift nightmare** ~ Lifestyle lift was NOT worth it
*cleopatra* NYC, NY Dec 27, 2007 Cost: $7,400 Pain: **Severe**
The office in Manhattan never was on time for any
appointments, ,they just jammed people in there with no
respect and no regard for their time. ... more






**Lifestyle lift ---good deal** ~ Lifestyle lift was NOT worth it
*miamisammy* Miami Dec 22, 2007 Cost: $4,800 Pain: Mild
I have been in the medical field for 20 years--and I've checked
around and networked everyone i knew , most of them being
surgeons themselves, to.... more






**Let the pictures tell the story. my ears were symmetrical pre-op, can you see the
difference** ~ Lifestyle lift was NOT worth it
*gw/5004d* Phoenix, AZ, USA Dec 21, 2007 Cost: $7,000 Pain: **Worst possible**
Not only was the surgery done and feeling every moment
of the scapel, I came out looking like Scissorhands had
done the surgery. The scar behind.... more






**Two years post op** ~ Lifestyle lift was worth it
*Frances]* St. Louis, MO Dec 19, 2007 Cost: $6,800 Pain: Mild

more

**Thermage of Michigan**
Non Surgical Facelift Seminar in May
alluremedicalspa.com

**Natural Facelifts**
Dr. Elliott Rose, New York City Board
certified plastic surgeon
http://www.facemakernyc.com

Ads by Go

## Is it worth it?

Percent of consumer reviews saying "Yes

| | |
|---|---|
| 92% | Smartlipo |
| 86% | Tummy tuck surgery |
| 86% | Facelift |
| 83% | Laser hair removal |
| 80% | Eyelid surgery |
| 78% | Botox |
| 70% | Chemical peel |
| 64% | Juvederm |
| 62% | Sculptra |
| 56% | IPL |
| 56% | Restylane |
| 55% | Mesotherapy |
| 52% | Fraxel Laser |
| 50% | Lifestyle lift |
| 49% | Radiesse |
| 46% | Liposuction |
| 42% | Lipodissolve |





Lifestyle lift: is it worth it? Lifestyle lift reviews, cost, results, photos, side effects

Page 3 of 4

I had my Lifestyle Lift procedure with my upper and lower eyelids done nearly 2 years ago and I am extremely happy. When I made the decision to... more





**Lifestyle lift---loved it!!** ~ Lifestyle lift was worth it
*californiaclaire* Los Angeles Dec 19, 2007 Cost: $4,800 Pain: Mild
My girlfriends went crazy when i had it done---my best friend is actually having it done in January--- I had it done in november---i had some.... more




**Painless, quick recovery, great results in a short time frame, cost-effective** ~
Lifestyle lift was worth it
*georgiadee* St. Louis, MO Dec 10, 2007 Cost: $4,000 Pain: Painfree
Painless, Quick Recovery, Great Results in a short time Frame, Cost-effective Need I say More? I am 54 and have good skin and happy with my basic.... more




**Loved the lifestyle lift** ~ Lifestyle lift was worth it
*godwithme* Miami, Florida, USA Dec 7, 2007 Cost: $4,800 Pain: Mild
I thought they did a very good job. Everyone noticed the difference and my neck and face look real good. I'm very happy. I had a large amount... more





**Cinderella for 2 months, then back to the pumpkin** ~ Lifestyle lift was NOT worth it
*2Good2BeTrue* Denver, Colorado, USA Nov 29, 2007 Cost: $4,000 Pain: Uncomfortable
Thanks for hearing my story: I've not been able to air my disappointments because I cannot hurt my husband after the hard-earned money we put into... more




1 2 3 4 5 6 7 8 9 10 next> last»

36% Thermage

**Add your review**

What is Worth it. A newslette for bests, latest, greatest

Get the latest trends, tips, and secrets

E-mail: *



Lifestyle lift: is it worth it? Lifestyle lift reviews, cost, results, photos, side effects

Lifestyle lift: was it worth it? **Add your review**

Search for:

Ask a question - About us - Blog - Community guidelines - Contact us - For professionals - Q & A - Press - Privacy - Products - Find pros

**Use of this website and the posting of any reviews or other content on this website constitutes acceptance of the RealSelf.com™ Terms c
Service. The material on this site is for informational purposes only, and is not a substitute for medical advice, diagnosis or treatment pr
by a qualified health care provider. © 2007 RealSelf, Inc. All rights reserved.**

**Popular Topics:** Acne - Acne scars - Age spots - Anti-aging skin care - Body image - Botox alternative - Cellulite - Cosmetic plastic surgery - Crows feet - Dark circles - Dry skin
Enlarged pores - Eye Bags - Fine facial lines - Hair care - Hair color - Hair removal - Hairstyle - Laser treatment - Lip augmentation - Liposuction alternative - Makeup - Natural :
- Scars or scarring - Sensitive skin - Skin care - Skin tightening - Spider veins - Stretch mark - Style - Wrinkles

**Popular Treatments:** Accent Laser - Active FX - Artefill - Botox - Breast implant - Chemical peel - Eyelid surgery - Facelift - Fraxel Laser - Invisalign - IPL - Juvederm -
Laser hair removal - Laser skin resurfacing - Lasik - Lifestyle lift - Lipodissolve - Liposuction - Mesotherapy - Microdermabrasion - Perlane - Permanent makeup - Radiesse - Rest
Rhinoplasty - Sculptra - SmartLipo - Teeth whitening - Thermage - Tummy tuck surgery



Home :: All professionals :: Michigan

| HOME | REVIEWS Real experiences | Q & A Get answers |

Sign in or jo

# Michigan Lifestyle lift providers

**Enrique Sabbagh**
Plastic surgeon
(248) 647-5800

32000 Telegraph Rd
Franklin, MI 48025

**Lawrence Tong, M.D.**
Plastic surgeon
(248) 647-5800

32000 Telegraph Rd
Franklin, MI 48025

Search

**Cost of Thermage**
Before and After Photos Non-Surgical Thermacool Fac
www.AmericanHealthAndBeauty.com

**Is Thermage For You?**
Who is performing your thermage? Free Report! Befor
After Pics
www.accentscosmeticsurgery.com

**Seattle Cosmetic Surgery**
Affordable, high quality procedures From board-certifie
surgeons.
www.1800BeYourBest.com

**Thermage Without Surgery**
New, make wrinkles disappear & look younger in hour
without thermage.
www.naturalfaceliftsystem.com

Ads by Go

## Is it worth it?

**Percent of consumer reviews saying "Yes**

92% Smartlipo
86% Tummy tuck surgery
86% Facelift
83% Laser hair removal
80% Eyelid surgery
78% Botox
70% Chemical peel
64% Juvederm

62% Sculptra
56% IPL
56% Restylane
55% Mesotherapy
52% Fraxel Laser
50% Lifestyle lift
49% Radiesse
46% Liposuction
42% Lipodissolve
36% Thermage

**Add your review**

What is Worth it: A newslette
for bests, latest, greatest

Get the latest trends, tips, and secrets

E-mail: *

Ask a question - About us - Blog - Community guidelines - Contact us - For professionals - Q & A - Press - Privacy - Products - Find pros

**Use of this website and the posting of any reviews or other content on this website constitutes acceptance of the RealSelf.com™** Terms o
Service. The material on this site is for informational purposes only, and is not a substitute for medical advice, diagnosis or treatment pr
by a qualified health care provider. © 2007 RealSelf, Inc. All rights reserved.

**Popular Topics:** Acne - Acne scars - Age spots - Anti-aging skin care - Body image - Botox alternative - Cellulite - Cosmetic plastic surgery - Crows feet - Dark circles - Dry skin
Enlarged pores - Eye Bags - Fine facial lines - Hair care - Hair color - Hair removal - Hairstyle - Laser treatment - Lip augmentation - Liposuction alternative - Makeup - Natural
- Scars or scarring - Sensitive skin - Skin care - Skin tightening - Spider veins - Stretch mark - Style - Wrinkles

**Popular Treatments:** Accent Laser - Active FX - Artefill - Botox - Breast implant - Chemical peel - Eyelid surgery - Facelift - Fraxel Laser - Invisalign - IPL - Juvederm - Laser hair removal - Laser skin resurfacing - Lasik - Lifestyle lift - Lipodissolve - Liposuction - Mesotherapy - Microdermabrasion - Perlane - Permanent makeup - Radiesse - Rest Rhinoplasty - Sculptra - SmartLipo - Teeth whitening - Thermage - Tummy tuck surgery

# CIVIL COVER SHEET   County in which this action arose   Oakland

...over sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as ...cal rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose ...the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| ...le Lift Holding, Inc., A Michigan corporation | RealSelf, Inc., A Washington corporation |

**(b)** County of Residence of First Listed Plaintiff   Oakland
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   King County., Washington
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael C. McKinnon (P41362)
100 Kirts Blvd., Suite A, Troy, MI 48084
248-519-9128

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Select One Box Only)

☐ 1  U.S. Government
  Plaintiff

☑ 3  Federal Question
  (U.S. Government Not a Party)

☐ 2  U.S. Government
  Defendant

☐ 4  Diversity
  (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Select One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | DEF |
|---|---|
| Citi | ☐ 4 |
| Citi | ☐ 5 |
| Citi | ☐ 6 |

Case: 2:08-cv-10089
Judge: Duggan, Patrick J
Referral MJ: Whalen, R. Steven
Filed: 01-07-2008 At 02:08 PM
CMP LIFESTYLE LIFT HOLDING INC V RE
AL SELF INC (DAT)

## IV. NATURE OF SUIT (Select One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| &Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Determination Under |
| | Employment | ☐ 550 Civil Rights | | | Access to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Select One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1114, 1121, 1125

Brief description of cause:
Infringement of trademark

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $
over $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE                    DOCKET NUMBER

DATE
January 7, 2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT            APPLYING IFP              JUDGE            MAG. JUDGE

Is this a case that has been previously dismissed?

☐ Yes

☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes

☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :