AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of MI___ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT Eastern District of MI |
|---|---|---|
| PLAINTIFF | | Case: 2:08-cv-10089<br>Judge: Duggan, Patrick J<br>Referral MJ: Whalen, R. Steven<br>Filed: 01-07-2008 At 02:43 PM<br>CMP LIFESTYLE LIFT HOLDING INC V REAL SELF INC (DAT) |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,102,900 | 6/13/06 | LifeStyle Lift Holding Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>DAVID J. WEAVER | (BY) DEPUTY CLERK | DATE 1-7-07 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

Case: 2:08-cv-10089
Judge: Duggan, Patrick J
Referral MJ: Whalen, R. Steven
Filed: 01-07-2008 At 02:08 PM
CMP LIFESTYLE LIFT HOLDING INC V RE
AL SELF INC (DAT)

# UNITED STATES DISTRI
# EASTERN DISTRICT OF

## PATENT, TRADEMARK OR COPYRIGHT INFORMATION
(To be submitted when an 820, 830 or 840 case is filed.)

**1. If this is a patent case, please indicate:**

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| | | |

**2. If this is a trademark case, please indicate:**

| TRADEMARK NO. | DATE OF TRADEMARK | TRADEMARK APPLICANT |
|---|---|---|
| Reg. No. 3,102,900 | 6/13/06 | Lifestyle Lift Holding, Inc. |

**3. If this is a copyright case, please indicate:**

| COPYRIGHT REG. NO | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | | |

Signature of Attorney

NOTE: YOU MAY DRAFT YOUR OWN VERSION OF THIS FORM