# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

Case: 2:08-cv-10089
Judge: Duggan, Patrick J

Plaintiff(s) Name

Lifestyle Lift Holding, Inc.

vs.

RealSelf, Inc.

Plaintiffs attorney, address and telephone:

Michael C. McKinnon, Esq.
100 Kirts Blvd., Suite A
Troy, MI 48084
(248) 519-9128

Name and address of defendant being served:

RealSelf, Inc.
2101 9th Ave.
Seattle, WA 98121

*To the defendant*

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
       Deputy Clerk

1/7/07
Date of issuance

INT-0131-MIE-REV. 12/93 06/99

PAGE 1 OF 2

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: __Real Self Inc.__

Date of service: __01/11/2008 at 4:52 pm__

**Method of Service**

[x] Personally served at this address: __2101 9th Avenue, Suite 202__
__Seattle WA 98121__

[ ] Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

[x] Other (please specify): __Left Documents w/ Tom Seery, Owner__

Service fees: Travel $ _____ Service $ _____ Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

__1-14-08__
Date

Signature of server

__Todd W. Remmem__
Server's printed name

_____
Server's address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**LIFESTYLE LIFT HOLDING, INC.,**

    Plaintiff(s),

vs.

**REALSELF, INC.,**

    Defendant(s),
_____/

No. **2:08-CV-10089**

AFFIDAVIT OF SERVICE

**STATE OF WASHINGTON**
        SS.
**COUNTY OF KING**

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **11th** day of **January, 2008** @ **04:53 PM**, at the address of **2101 9th AVENUE SUITE 202, SEATTLE**, within **KING** County, **WA**, the undersigned duly served the following document(s): **SUMMONS AND COMPLAINT; EXHIBITS A,B,C,D** in the above entitled action upon **REALSELF, INC.**, by then and there personally delivering a true and correct copy(ies) of the above documents into the hands of and leaving same with **TOM SEERY, BUSINESS OWNER** who is authorized to accept service on behalf of the above.

Date: 1-14-08

**TODD REMMEM**
Registered Process Server
License #: **9506452**
SSP-Legal Support Services
1641 BAKER CREEK PLACE
BELLINGHAM, WA 98226
800-999-1715

Subscribed and sworn to before me this
14th day of January, 2008.

Notary Public in and for the
State of Washington
My commission expires