UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LIFESTYLE LIFT HOLDING, INC.,
a Michigan corporation

        Plaintiff,        Case No. 2:08-cv-10089
                            Honorable Patrick J. Duggan
v.                          Magistrate Judge Steven R. Whalen

REALSELF, INC., a Washington,
corporation

        Defendant/Counter-Plaintiff,

v.

LIFESTYLE LIFT HOLDING, INC.; SCIENTIFIC
IMAGE CENTER MANAGEMENT, INC. a Delaware
corporation and JOHN DOE CORPORATION
ONE, JOHN DOE CORPORATION TWO,
JOHN DOE CORPORATION THREE, JOHN
DOE CORPORATION FOUR, and JOHN DOE
CORPORATION FIVE

        Counter-Defendants
_____/

| | |
|---|---|
| Michael C. McKinnon, Esq. (P41362) | BUTZEL LONG |
| 100 Kirts Blvd., Suite A | J. Michael Huget (P39150) |
| Troy, Michigan 48084 | Deborah J. Swedlow (P67844) |
| (248) 519-9129 | Timothy J. Lowe (P68669) |
| **Attorney for Plaintiff** | 350 S. Main Street, Suite 300 |
| | Ann Arbor, Michigan 48104 |
| | 734-995-3110 |
| | huget@butzel.com; swedlow@butzel.com; lowe@butzel.com |
| | **Attorneys for Defendant** |
| DRAPER, RUBIN & SHULMAN, PLC | |
| Allan S. Rubin (P44420) | |
| Neil B. Pioch (P67677) | |
| 29800 Telegraph Road | |
| Southfield, Michigan 48034 | |
| (248) 358-9400 | |
| **Attorney for Plaintiff** | |

1

## NOTICE OF APPEARANCE

To: Clerk of the Court
Attorneys of Record

PLEASE TAKE NOTICE that DEBORAH J. SWEDLOW of the law firm BUTZEL LONG hereby appears as counsel on behalf of DEFENDANT REALSELF, INC.

Dated: March 3, 2008                    Respectfully submitted,

By: s/ Deborah J. Swedlow
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
Timothy J. Lowe (P68669)
BUTZEL LONG
350 S. Main St., Suite 300
Ann Arbor, MI 48104
(734) 995-3110
(734) 995-1777 – FAX
swedlow@butzel.com

# CERTIFICATE OF SERVICE

I, Deborah J. Swedlow, hereby certify that on March 3, 2008, I electronically filed the foregoing with the Court:

These papers have been e-served on counsel for Plaintiff.

I further certify that Counter-Defendant Scientific Image Center Management, Inc. will be served with a copy of the foregoing.

Dated: March 3, 2008

Respectfully submitted,

BUTZEL LONG

By: s/ Deborah J. Swedlow
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
Timothy J. Lowe (P68669)
BUTZEL LONG
350 S. Main St., Suite 300
Ann Arbor, MI 48104
(734) 995-3110
(734) 995-1777 – FAX
swedlow@butzel.com