UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LIFESTYLE LIFT HOLDING, INC.,
a Michigan corporation

        Plaintiff,        Case No. 2:08-cv-10089
                            Honorable Patrick J. Duggan
v.                           Magistrate Judge Steven R. Whalen

REALSELF, INC., a Washington,
corporation

        Defendant/Counter-Plaintiff,

v.

LIFESTYLE LIFT HOLDING, INC.; SCIENTIFIC
IMAGE CENTER MANAGEMENT, INC. a Delaware
corporation and JOHN DOE CORPORATION
ONE, JOHN DOE CORPORATION TWO,
JOHN DOE CORPORATION THREE, JOHN
DOE CORPORATION FOUR, and JOHN DOE
CORPORATION FIVE

        Counter-Defendants
_____/

| | |
|---|---|
| Michael C. McKinnon, Esq. (P41362)<br>100 Kirts Blvd., Suite A<br>Troy, Michigan 48084<br>(248) 519-9129<br>**Attorney for Plaintiff** | BUTZEL LONG<br>J. Michael Huget (P39150)<br>Deborah J. Swedlow (P67844)<br>Timothy J. Lowe (P68669)<br>350 S. Main Street, Suite 300<br>Ann Arbor, Michigan 48104<br>734-995-3110<br>huget@butzel.com; swedlow@butzel.com; lowe@butzel.com<br>**Attorneys for Defendant** |
| DRAPER, RUBIN & SHULMAN, PLC<br>Allan S. Rubin (P44420)<br>Neil B. Pioch (P67677)<br>29800 Telegraph Road<br>Southfield, Michigan 48034<br>(248) 358-9400<br>**Attorney for Plaintiff** | |

1

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FRCP 7.1

Defendant REALSELF, INC., by and through its attorneys, states as follows:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes  _____          No  _____XX____

   If the answer is Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

   N/A

2. Is there a publicly owned corporation or its affiliate, not a party to the case, which has a substantial financial interest in the outcome of the litigation?

   Yes  _____         No  _____XX_____

   If the answer is Yes, list the identity of such corporate or affiliate and the nature of the financial interest:

   N/A

Respectfully submitted,

By: s/Deborah J. Swedlow
BUTZEL LONG
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
Timothy J. Lowe (P68669)
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
(313) 225-7000
huget@butzel.com
swedlow@butzel.com
lowe@butzel.com

Dated: March 3, 2008

## **CERTIFICATE OF SERVICE**

I, Deborah J. Swedlow, hereby certify that on March 3, 2008, I electronically filed the foregoing with the Court:

These papers have been e-served on counsel for Plaintiff.

I further certify that Counter-Defendant Scientific Image Center Management, Inc. will be served with a copy of the foregoing.

Dated: March 3, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BUTZEL LONG, PC

　　　　　　　　　　　　　　　　　　　By: s/ Deborah J. Swedlow
　　　　　　　　　　　　　　　　　　　Deborah J. Swedlow (P67844)
　　　　　　　　　　　　　　　　　　　350 S. Main Street, Ste. 300
　　　　　　　　　　　　　　　　　　　Ann Arbor, MI  48104
　　　　　　　　　　　　　　　　　　　(734) 995-3110
　　　　　　　　　　　　　　　　　　　swedlow@butzel.com