UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LIFESTYLE LIFT HOLDING,
INC.,** a Michigan corporation

Case No.    2:08-cv-10089

Plaintiff/Counter-Defendant,

v

**REAL SELF, INC.,** a Washington corporation

Defendant/Counter-Plaintiff

_____/

| | |
|---|---|
| Kenneth M. Zorn, Esq. (P22756) | Allan S. Rubin (P44420) |
| Michael C. McKinnon, Esq. (P41362) | Neil B. Pioch (P67677) |
| Counsel for Plaintiffs | DRAPER, RUBIN & SHULMAN, PLC |
| 100 Kirts Blvd., Suite A | Co-counsel for Plaintiffs |
| Troy, MI 48084 | 29800 Telegraph Road |
| (248) 519-9129 | Southfield, Michigan 48034 |
| | (248) 358-9400 |

BUTZEL LONG
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
Timothy J. Lowe (P68669)
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
734-995-3110
Attorneys for Defendant

_____/

## **APPEARANCE OF COUNSEL**

Please enter the appearance of the undersigned as Co-Counsel for Plaintiffs in the above entitled action.

Respectfully submitted,

Dated: March 3, 2008
s/ Allan S. Rubin
ALLAN S. RUBIN (P44420)
NEIL B. PIOCH (P67677)
DRAPER, RUBIN & SHULMAN, PLC
Attorneys for Plaintiffs
29800 Telegraph Road
Southfield, Michigan 48034
P: (248) 358-9400
F: (248) 358-9729
allan@drsplc.com

**CERTIFICATE OF SERVICE**

The undersigned does certify that on this 3rd day of March 2008, he did file the forgoing documents using the CM/ECF system which will send notice of this filing to all counsel of record.

s/ Allan S. Rubin