# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## Third Party Summons in a Civil Action

Lifestyle Lift Holding, Incorporated

                      Plaintiff(s),

v.                                                  Case No. 2:08-cv-10089

Real Self, Incorporated                           Hon. Patrick J. Duggan

                      Defendant(s) and
                      Third Party Plaintiff(s),

v.

Scientific Image Center Management, Inc.

                      Third Party Defendant(s).
_____

## Notice to Third Party Defendant Scientific Image Center Management, Inc

This summons is notification that you are being sued by the above named plaintiff(s). You are required to:

1.    Serve upon:

| Plaintiff's Attorney | Defendant and Third Party Plaintiff's Attorney |
|---|---|
| Michael C. McKinnon | Deborah J. Swedlow |
| Zorn Law Firm | Butzel Long |
| 100 Kirts Boulevard, Suite A | 350 S. Main, Suite 300 |
| Troy, MI 48084 | Ann Arbor, MI 48104 |

      an answer to the complaint within twenty (20) days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2.    File with the court any answer that you serve on the parties to this action within the time limits specified.

Failure to answer or take other actions permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**David J. Weaver, Clerk of Court**       By: s/ V Lung
                                                      Deputy Clerk



                                                          Date of Issuance: March 4, 2008

## Summons and Complaint Return of Service

Case No. 2:08-cv-10089
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served:     Scientific Image Center Management, Inc

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: