## Summons and Complaint Return of Service

Case No. 2:08-cv-10089
Hon. Patrick J. Duggan

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

**Name of Defendant Served:** Scientific Image Center Management, Inc

**Date of Service:** 3/3/08

### Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

_X_ Other (specify): Allen Robin, Counsel for Scientific Image Center Management, Inc., accepted service.

___ Returned unexecuted (reason):

**Service Fees:** Travel $ N/A    Service $ N/A    Total $ N/A

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

**Name of Server:** Deborah J Swedlow

**Signature of Server:** [signature]

**Date:** 3/5/08

**Server's Address:** Butzel Long
350 S. Main St, Suite 300
Ann Arbor, MI 48104