UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lifestyle Lift Holding,
Incorporated,

                  Plaintiff(s),

v.                                Case No. 2:08−cv−10089−PJD−RSW
                                            Hon. Patrick J Duggan

Real Self, Incorporated,

                  Defendant(s).

## NOTICE TO APPEAR

You are hereby notified to appear before the Honorable Patrick J Duggan, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  March 31, 2008 at 02:00 PM

### Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                      By: <u>s/ M. Orem</u>
                                             Case Manager

Dated:   March 14, 2008