UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LIFESTYLE LIFT HOLDING, INC.,
a Michigan corporation
    Plaintiff/Counter-Defendant,

                                                                       Honorable Patrick J. Duggan
v.                                                      Magistrate Judge Steven R. Whalen

REALSELF, INC., a Washington,            **Case No. 2:08-cv-10089**
corporation
    Defendant/Counter-Plaintiff,

v.

SCIENTIFIC IMAGE CENTER MANAGEMENT, INC.
a Delaware corporation, ET AL.,
    Third Party-Defendants
_____/

| | |
|---|---|
| Michael C. McKinnon, Esq. (P41362)<br>100 Kirts Blvd., Suite A<br>Troy, Michigan 48084<br>(248) 519-9129<br>**Attorney for Plaintiff** | BUTZEL LONG<br>J. Michael Huget (P39150)<br>Deborah J. Swedlow (P67844)<br>Timothy J. Lowe (P68669)<br>350 S. Main Street, Suite 300<br>Ann Arbor, Michigan 48104<br>734-995-3110<br>huget@butzel.com;  swedlow@butzel.com;<br>lowe@butzel.com<br>**Attorneys for Defendant/Counter-Plaintiff/Third-Party Defendant** |
| DRAPER, RUBIN & SHULMAN, PLC<br>Allan S. Rubin (P44420)<br>Neil B. Pioch (P67677)<br>29800 Telegraph Road<br>Southfield, Michigan 48034<br>(248) 358-9400<br>**Attorney for Plaintiff/Counter-Defendant/**<br>**Third-Party Defendant** | |

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS
AND EXCHANGE RULE 26 INITIAL DISCLOSURES**

    This matter having come before the Court upon the Stipulation of the parties,

1

IT IS HEREBY ORDERED THAT Defendant REALSELF, INC. shall have until May 2, 2008 to respond to Plaintiff/Counter-Defendant/Third Party Defendants' Joint Motion to Dismiss Counter-Claim. It is further ordered that the parties shall have until May 2, 2008 to exchange and serve Rule 26(a) Initial Disclosures.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: April 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 10, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

The Parties stipulate to entry of this Order.\

By: s/ Allan S. Rubin, with permission
DRAPER, RUBIN & SHULMAN, PLC
Allan S. Rubin (P44420)
Neil B. Pioch (P67677)
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400

Attorney for Plaintiffs/Counter-Defendant/Third Party Defendant

s/ Deborah J. Swedlow
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
Timothy J. Lowe (P68669)
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
734-995-3110
huget@butzel.com; swedlow@butzel.com; lowe@butzel.com

Attorney for Defendant/Counter-Plaintiff/Third Party Plaintiff

Dated: April 10, 2008