UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LIFESTYLE LIFT HOLDING, INC.,
a Michigan corporation

       Plaintiff/Counter-Defendant,

                                        Honorable Patrick J. Duggan
v.                                        Magistrate Judge Steven R. Whalen

REALSELF, INC., a Washington,            **Case No. 2:08-cv-10089**
corporation

       Defendant/Counter-Plaintiff,

v.

SCIENTIFIC IMAGE CENTER MANAGEMENT, INC.
a Delaware corporation, ET AL.,

       Third Party-Defendants
_____/

| | |
|---|---|
| Michael C. McKinnon, Esq. (P41362)<br>100 Kirts Blvd., Suite A<br>Troy, Michigan 48084<br>(248) 519-9129<br>**Attorney for Plaintiff** | BUTZEL LONG<br>J. Michael Huget (P39150)<br>Deborah J. Swedlow (P67844)<br>Timothy J. Lowe (P68669)<br>350 S. Main Street, Suite 300<br>Ann Arbor, Michigan 48104<br>734-995-3110<br>huget@butzel.com;  swedlow@butzel.com;<br>lowe@butzel.com<br>**Attorneys for Defendant/Counter-**<br>**Plaintiff/Third-Party Defendant** |
| DRAPER, RUBIN & SHULMAN, PLC<br>Allan S. Rubin (P44420)<br>Neil B. Pioch (P67677)<br>29800 Telegraph Road<br>Southfield, Michigan 48034<br>(248) 358-9400<br>**Attorney for Plaintiff/Counter-Defendant/**<br>**Third-Party Defendant** | |

1

# STIPULATED ORDER TO (1) ADJOURN AND RESCHEDULE THE RULE 16 CONFERENCE, (2) EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND (3) EXCHANGE RULE 26 INITIAL DISCLOSURES

This matter having come before the Court upon the Stipulation of the parties, and the Court having been advised of the parties ongoing and productive settlement negotiations,

IT IS HEREBY ORDERED THAT, the May 5, 2008 Rule 16 Conference will be adjourned and rescheduled at a time to be determined by the Court. It is further ordered that Defendant REALSELF, INC. shall have until May 16, 2008 to respond to Plaintiff/Counter-Defendant/Third Party Defendants' Joint Motion to Dismiss Counter-Claim. It is further ordered that the parties shall have until May 16, 2008 to exchange and serve Rule 26(a) Initial Disclosures.

Dated: April 30, 2008                                    s/Patrick J. Duggan
                                                         U.S.District Judge

The Parties stipulate to entry of this Order.

By: s/ Allan S. Rubin, with permission
DRAPER, RUBIN & SHULMAN, PLC
Allan S. Rubin (P44420)
Neil B. Pioch (P67677)
29800 Telegraph Road
Southfield, Michigan 48034
(248) 358-9400
**Attorney for Plaintiffs/Counter-Defendant/Third Party Defendant**

s/ Deborah J. Swedlow
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
Timothy J. Lowe (P68669)
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
734-995-3110
huget@butzel.com; swedlow@butzel.com; lowe@butzel.com
**Attorney for Defendant/Counter-Plaintiff/Third Party Plaintiff**

Dated: April 28, 2008