**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**LIFESTYLE LIFT HOLDING,**
**INC.,** a Michigan corporation

Case No.     2:08-cv-10089

Plaintiff/Counter-Defendant,

**v**

**REAL SELF, INC.,** a Washington corporation

Defendant/Counter-Plaintiff

**v.**

**SCIENTIFIC IMAGE CENTER**
**MANAGEMENT, INC. et al.,**

Third-Party Defendants

| | |
|---|---|
| Michael C. McKinnon, Esq. (P41362)<br>100 Kirts Blvd., Suite A<br>Troy, Michigan 48084<br>(248) 519-9129 | BUTZEL LONG<br>J. Michael Huget (P39150)<br>Deborah J. Swedlow (P67844)<br>Timothy J. Lowe (P68669)<br>350 S. Main Street, Suite 300<br>Ann Arbor, Michigan 48104<br>734-995-3110 |
| Allan S. Rubin (P44420)<br>Neil B. Pioch (P67677)<br>DRAPER, RUBIN & SHULMAN, PLC<br>Co-counsel for Plaintiffs<br>29800 Telegraph Road<br>Southfield, Michigan 48034<br>(248) 358-9400 | huget@butzel.com; swedlow@butzel.com;<br>lowe@butzel.com<br><br>**Attorneys for Defendant/Counter-**<br>**Plaintiff/Third-Party Plaintiff** |
| **Attorney for Plaintiff/Counter-Defendants/Third-**<br>**Party Defendant** | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**
**AND WITHOUT COSTS OR FEES**

This matter having come before the Court on the stipulation of counsel for Lifestyle Lift

Holding, Inc., Scientific Image Center Management, Inc. and RealSelf, Inc., the Court having

been informed that the parties have reached a resolution of this matter, which includes a

resolution of claims, counter-claims and third party claims, the court having reviewed the stipulation of the parties executive below, and being otherwise duly advised in the premise:

**IT IS HEREBY ORDERED** that all Plaintiffs Complaint, Defendants Counter-Complaint and Third Party Complaint be and is hereby **Dismissed with Prejudice and without cost or fees.**

**IT IS SO ORDERED.**

                                   s/Patrick J. Duggan
                                   Patrick J. Duggan
                                   United States District Judge

Dated: May 12, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 12, 2008, by electronic and/or ordinary mail.

                                   s/Marilyn Orem
                                   Case Manager


Stipulated to form and substance:

s/ Allan S. Rubin
Allan S. Rubin (P44420)
Co-Counsel for Plaintiff/Counter-Defendant
/Third-Party Defendant

s/ Kenneth M. Zorn with permission
Attorney for Plaintiff/Counter-Defendant
/Third-Party Defendant

s/ Deborah J. Swedlow with permission
J. Michael Huget (P39150)
Deborah J. Swedlow (P67844)
Timothy J. Lowe (P68669)
Attorneys for Defendant/Counter-Plaintiff
/Third-Party Plaintiff